UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| Asegedech Kelecha ) | |
| ) | Case No.      10-901 |
| Debtor. ) | Chapter 13 |
| _____ ) | |

**MOTION TO DISMISS CASE**
**NOTICE OF MOTION AND NOTICE OF OPPORTUNITY TO OBJECT**

  Asegedech Kelecha, Debtor, through counsel, has filed a Motion to Dismiss seeking voluntary dismissal of this Chapter 13 case as of right.  Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

  If you do not want the Court to approve the modification, or if you want the Court to consider your views on the matter, then on or before April 16, 2014, you or your attorney must file with the Court a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

  COMES NOW the Debtor, by counsel, and moves to voluntarily dismiss this Chapter 13 case pursuant to 11 U.S.C. § 1307(b) and Bankr. R. 1016, and in support hereof states as follows:

  1. The Debtor wishes to voluntarily dismiss this Chapter 13 case.

  2. The case has not previously been converted from another chapter.

  WHEREFORE the Debtor respectfully requests this honorable Court to grant her Motion and dismiss this Chapter 13 case.

  Dated: March 26, 2014.

              _/s/ Daniel M. Press_____
              Daniel M. Press, Esq.
              CHUNG & PRESS, P.C.
              6718 Whittier Ave., Suite 200
              McLean, VA 22101
              (703) 734-3800
              Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2014 I caused a copy of the foregoing document to be served via first class mail, postage pre-paid, upon the creditors on the attached matrix, and by CM/ECF upon Cynthia Nicklas, Chapter 13 Trustee.

    /s/ Daniel M. Press_____
Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 10-00901<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Wed Mar 26 08:57:23 EDT 2014 | "OneWest Bank, FSB"<br>P. O. Box 829009<br>Dallas, TX 75382-9009 | Emigrant Mortgage Company, Inc.<br>Buonassissi, Henning & Lash<br>A Professional Corporation<br>1861 Wiehle Avenue<br>Suite 300<br>Reston, VA 20190-5255 |
| ONEWEST BANK, FSB<br>c/o Kevin Feig, Esq.<br>Bierman, Geesing, Ward & Wood, LLC<br>4520 East West Highway, Suite 200<br>Bethesda, MD 20814-3382 | Ocwen Loan Servicing, LLC<br>P.O BOX 24605<br>West Palm Beach, FL 33416-4605 | One West Bank, FSB<br>c/o Bierman, Geesing, Ward & Wood, LLC<br>4520 East West Highway, Suite 200<br>Bethesda, MD 20814-3382 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Bierman Geesing Ward & Wood<br>4520 East West Hwy #200<br>Bethesda, MD 20814-3382 |
| Emigrant Mortgage Co.<br>C/O Buonassissi Henning & Lash<br>1861 Wiehle Ave #300<br>Reston, VA 20190-5255 | IndyMac Bank FSB<br>Aka OneWest Bank<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009-9559 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 |
| OneWest Bank, FSB<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009-9559 | Sallie Mae Inc. on behalf of ECMC<br>Lockbox 8682<br>P.O. Box 75848<br>St. Paul, MN 55175-0848 | Sallie Mae Student Loan<br>PO Box 4600<br>Wilkes Barre, PA  18773 |
| Section 2 Braddock Place Townhouse Assn<br>C/O Chadwick Washington Moriarty<br>9990 Fairfax Blvd Ste 200<br>Fairfax, VA 22030-1720 | Asegedech Kelecha<br>P.O.  Box 11070<br>Alexandria, VA 22312-0070 | Cynthia A. Niklas<br>4545 42nd St., NW Suite 211<br>Washington, DC 20016-4623 |
| Daniel M. Press<br>Chung & Press, P. C.<br>6718 Whittier Ave.<br>Suite 200<br>McLean, VA 22101-4531 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)OneWest Bank FSB<br>P. O. Box 829009<br>Dallas, TX 75382-9009 | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     2<br>Total                  20 |