ODSMWPLS (2/05)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**  Case No. 10−00901

Asegedech Kelecha

**Debtor**  **Chapter** 13

### ORDER OF VOLUNTARY DISMISSAL OF CASE

======================================

   This matter has come before the Court upon the motion (or a notice/request for dismissal which is treated as a motion for dismissal) filed on 09/15/2010 by the above−named debtor(s) to dismiss this voluntary Chapter 13 case pursuant to Section 1307(b) of Title 11 of the United States Code.

   The clerk has ascertained that a motion for relief from the automatic stay was filed in this case on a date prior to the filing date of the debtor's motion which will make the voluntary dismissal one with prejudice for a period of 180 days pursuant to 11 U.S.C. 109(g)(2).  It is

   ORDERED that this case be and it hereby is DISMISSED, and the dismissal shall be with prejudice for 180 days pursuant to 11 U.S.C 109(g)(2) to the extent that provision applies.

Dated: 3/27/14                                      For the Court:
                                                    Clerk of the Court


                                                    BY:  rj